**SPS** Select Portfolio Servicing, inc.

Loan Number:
Preparation Date: 12/04/2015
Prepared By: Kendallpr

## MFR Post-Petition Payment History for Filing

| Loan Information | |
|---|---|
| Loan Number | |
| Debtors Name - 1 | MONTANO, ENRIQUE |
| Debtors Name - 2 | - |
| Property Address | 690 N OHIO ST |
| Property State | IL |

| Bankruptcy Information | |
|---|---|
| Bankruptcy Case # | 15-24450 |
| Filing Date | 07/17/2015 |
| Person filing | ENRIQUE MONTANO |
| Number of previous filings | 1 |

| Post Petition Default Information | |
|---|---|
| Post petition due date | 08/01/2015 |
| Post petition amount due | $6,040.14 |
| Escrow Shortage | $0.00 |
| Suspense | $0.00 |
| Total Post petition due | $6,040.14 |

| Post Petition Payment History | | | | |
|---|---|---|---|---|
| Post Pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
| Due | 08/01/2015 | $1,257.34 | $0.00 | |
| Due | 09/01/2015 | **$1,195.70** | $0.00 | |
| Due | 10/01/2015 | $1,195.70 | $0.00 | |
| Due | 11/01/2015 | $1,195.70 | $0.00 | |
| Due | 12/01/2015 | $1,195.70 | $0.00 | |
| Total Due | | $6,040.14 | | Total Pmts Due |
| Total Received | | | $0.00 | $6,040.14 |